■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE HAYWOOD, Appellant. [50 NYS3d 299]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 21, 2015 (*People v Haywood*, 124 AD3d 798 [2015]), affirming a judgment of the Supreme Court, Westchester County, rendered April 30, 2009.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Hinds-Radix, Maltese and Brathwaite Nelson, JJ., concur.